```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Janet M. Raymond</u>

    v.                                                           Civil No. 18-cv-114-PB

<u>United States Department of Agriculture</u>

### **REPORT AND RECOMMENDATION**

    Pro se plaintiff, Janet M. Raymond, sued a federal lender in state court, and the lender removed that action to this court. After the case was removed, plaintiff moved here to stop a foreclosure sale (Doc. No. 4), scheduled for a date in April 2018, and that motion was referred to the magistrate judge for a Report and Recommendation. <u>See</u> March 28, 2018 Order.

    A prerequisite to obtaining a preliminary injunction is a showing of irreparable harm if the injunction is not issued. <u>See</u> <u>Glossip v. Gross</u>, 135 S. Ct. 2726, 2736 (2015). The federal defendant responded to the motion for a preliminary injunction by filing a notice (Doc. No. 5), stating that it has voluntarily postponed any foreclosure sale pending resolution of this litigation. In light of the defendant's representation, plaintiff has obtained the relief she sought through her motion while this action is pending, and she cannot demonstrate that irreparable harm will occur at this time in the absence of this

court's intervention.  Accordingly, the motion to stop the foreclosure sale (Doc. No. 4) should be denied without prejudice, based on defendant's postponement of that sale (Doc. No. 5).

## Conclusion

For the foregoing reasons, the district judge should deny the motion to stop the foreclosure sale (Doc. No. 4), without prejudice to plaintiff's ability to refile a similar motion if the foreclosure sale is rescheduled while this case remains pending.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen day period may be extended upon motion.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

April 5, 2018

cc:   Janet M. Raymond, pro se
      Michael T. McCormack, Esq.