```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Janet M. Raymond

    v.                                                      Case No. 18-cv-114-PB

United States Department of Agriculture


ORDER


No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 5, 2018, and deny the motion to stop the foreclosure sale (Doc. No. 4), without prejudice to plaintiff's ability to refile a similar motion if the foreclosure sale is rescheduled while this case remains pending. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion for Objection (Doc. No. 7) is denied as moot. Defendant's motion to dismiss (Doc. No. 10) is referred to the Magistrate Judge.

        /s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: May 10, 2018

cc: Janet Raymond, pro se
    Michael McCormack, AUSA