UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE

Janet M. Raymond

   v.                                            Case No. 18-cv-114-PB

USDA

                                ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 7, 2018, and the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 27, 2018, and grant the government's motion to dismiss (doc. no. 10), and deny plaintiff's motion to amend (doc. no. 15). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                  /s/ Paul Barbadoro
                                                                Paul Barbadoro
                                                                United States District Judge

Date: September 20, 2018

cc: Janet M. Raymond, pro se
    Michael McCormack, AUSA